# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| JEROME GEORGE POOLE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 18-3407-CV-S-BP |
| SPRINGFIELD POLICE DEPARTMENT, et al., | ) ) ) ) |
| Defendants. | ) ) |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

On December 26, 2018, this Court's mail to Plaintiff was returned as undeliverable and marked "Return to sender – released from custody." On January 2, 2019, this Court directed Plaintiff to show cause, on or before January 16, 2019, as to why this case should not be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). Doc. 4. Plaintiff was warned that if he did not provide this Court with his current address, this case would be dismissed without further notice. *Id*. As of the date of this Order, Plaintiff has not submitted notice of his current address.

Accordingly, it is **ORDERED** that this case is dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and for failure to comply with this Court's Order. Any motion to reopen must be filed by February 1, 2019, and must be accompanied by notice of Plaintiff's current address.

/s/ Beth Phillips  
BETH PHILLIPS, CHIEF JUDGE  
UNITED STATES DISTRICT COURT

Dated: January 17, 2019 .